STATE of Missouri, Respondent,

v.

Stephen DANIELS, Appellant.

No. 72900.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 20, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 6, 1999.

Application for Transfer Denied
Feb. 23, 1999.

Lew Kollias, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Stephen Daniels appeals a judgment entered after a jury trial convicting him of murder in the second degree, Section 565.021, RSMo (1994), and armed criminal action, Section 575.015 RSMo (1994). On appeal, Daniels argues that the trial court erred in refusing his request for a voluntary manslaughter instruction.

We have reviewed the briefs of the parties, the legal file and the record on appeal and find the claim of error to be without merit. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgement affirmed in accordance with Rule 30.25(b).